IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>INTELLIGENT DIRECT MARKETING,<br><br>                Debtor.<br>_____<br><br>THOMAS ACEITUNO, Chapter 7 Trustee,<br><br>                Plaintiff,<br><br>     v.<br><br>BEVERLY VOWELL; STEADFAST MAILING SERVICES, INC.; TODD VOWELL; RAEANNE VOWELL; SASHI CORPORATION; JEFFREY K. GARCIA; FIDELIS MARKETING, INC.,<br><br>                Defendants.<br>_____ | 2:12-cv-03068-GEB-EFB<br><br>BK Case No. 07-30685-A-7<br><br>Adv. No. 09-2439<br><br>ORDER |

         This Order issues because of representations Defendants Beverly Vowell and Steadfast Mailing Services, Inc., made in the Motion for Withdrawal of Reference of Adversary Proceeding filed in this action on December 20, 2012. (ECF No. 1.) Because of these representations, a party shall file a Notice of Related Cases document no later than March 25, 2013 in this action and the earlier filed action: <u>In re Intelligent Direct Marketing, Inc.</u>, No. 2:09-CV-02898-JAM-GGH. Alternatively, each party shall show cause why a sanction should not be imposed for failure to comply with Local Rule 123 ("OSC") in a filing due no later than

1

1  March 25, 2013. If a hearing is desired on the OSC, it shall be
2  requested in the above referenced filing. Further, since it is unclear
3  at this juncture whether the cases will be related, the hearing set for
4  April 8, 2013, on the Motion for Withdrawal of Reference of Adversary
5  Proceeding is rescheduled to commence at 9:00 a.m. on April 22, 2013.
6  Dated:  March 18, 2013

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
```