IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>INTELLIGENT DIRECT MARKETING,<br><br>           Debtor.<br>_____<br><br>THOMAS ACEITUNO, Chapter 7 Trustee,<br><br>           Plaintiff,<br><br>    v.<br><br>BEVERLY VOWELL; STEADFAST MAILING SERVICES, INC.; TODD VOWELL; RAEANNE VOWELL; SASHI CORPORATION; JEFFREY K. GARCIA; FIDELIS MARKETING, INC.,<br><br>           Defendants.<br>_____ | 2:12-cv-03068-GEB-EFB<br><br>BK Case No. 07-30685-A-7<br><br>Adv. No. 09-2439<br><br>ORDER |

An Order filed March 19, 2013, required "a party [to] file a Notice of Related Cases document no later than March 25, 2013 in this action and *the earlier filed action*" because of representations Defendants Beverly Vowell and Steadfast Mailing Services, Inc. ("Steadfast") made in their pending motion. (ECF No. 5 (emphasis added).) Beverly Vowell and Steadfast filed Notices of Related Cases in this action on March 22, 2013 (ECF Nos. 6, 8); however, no party filed a Notice of Related Cases in the earlier filed action, In re Intelligent Direct Marketing, Inc., No. 2:09-CV-02898-JAM-GGH.

1

1 | Therefore, Beverly Vowell and Steadfast shall file a Notice of Related Case in No. 2:09-CV-02898 no later than April 2, 2013. Alternatively, Beverly Vowell and Steadfast shall show cause why a sanction should not be imposed for failure to comply with the March 19, 2013 Order and Local Rule 123 ("OSC") in a filing due no later than April 2, 2013. If a hearing is desired on the OSC, it shall be requested in the above referenced filing.

Dated:  March 27, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge