Thomas R. Phinney, State Bar No. 159435
**PARKINSON PHINNEY**
400 Capitol Mall, Suite 2560
Sacramento, CA  95814
(916) 449-1444 – Main
(916) 449-1440 – Facsimile

Attorneys for the Thomas Aceituno,
Chapter 7 Trustee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>INTELLIGENT DIRECT MARKETING,<br><br>  Debtor.<br><br>―――――――――――――――<br><br>THOMAS ACEITUNO, Chapter 7 Trustee,<br><br>  Plaintiff,<br><br>  v.<br><br>TODD VOWELL; RAEANNE VOWELL; BEVERLY VOWELL; STEADFAST MAILING SERVICES, INC.; SASHI CORPORATION; JEFFREY K. GARCIA; FIDELIS MARKETING, INC.,<br><br>  Defendants.<br><br>―――――――――――――――| **Case No. 2:12-cv-03068-JAM-EFB**<br><br>**Related No. 09-cv-02898-JAM-GGH**<br><br>**[Bky Case Number:  07-30685-A-7]**<br><br>**[Bky AP No.  09-2439]**<br><br>**JUDGMENT**<br><br>**Trial Date:  June 23-26, 2014**<br>**Courtroom 14 (Judge Mendez)** |

Judgment is entered, pursuant to the court's Findings of Fact and Conclusions of Law entered on September 19, 2014 (DN 78 and 81), and pursuant to the judgments entered on September 19, 2014 (DN 79, 80, and 82), as follows:

1. Judgment is entered in favor of plaintiff Thomas Aceituno, chapter 7 trustee for Intelligent Direct Marketing, Inc. ("Plaintiff"), and against Todd Vowell in the amount of $2,476,879.[1]  Steadfast Mailing Services, Inc. is jointly and severally liable with Todd

---

[1] This amount is based upon the improper 2005 distribution in the amount of $2,650,000, the 2011 tax refund in the amount of $301,879.00, the $100,000 "Steadfast" transfer, less credits of $575,000.

{11081/12864/TRP/A0279003.DOC}    1

Vowell for $100,000 of this $2,476,879 amount.

2.  Judgment is entered on Plaintiff's successor liability claim in favor of Plaintiff and against Fidelis Marketing, Inc., declaring that Fidelis Marketing Inc. is liable for IDM's debts.

3.  Judgment is entered in favor of Raeanne Vowell and Jeffrey Garcia.

Dated: 10/2/2014

                                          /s/ John A. Mendez
                                          John A. Mendez
                                          United States District Court Judge